# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | |
| Jose Orlando Ortega | ) | Chapter 13 |
| Rosa Margarita Ortega | ) | Case No. 19-40615-CJP |
| | ) | |
| Debtors | ) | |
| | ) | |

## ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The debtors filed a First Amended Chapter 13 Plan (the "Plan") on June 26, 2020.  The debtors filed a Certificate of Service on June 26, 2020 reflecting that the Plan was served on all creditors and parties in interest. No objections to the confirmation of the Plan were filed, or all objections were overruled by the Court or resolved by the parties.  Upon consideration of the foregoing, the Court hereby orders the following:

1.  The Plan is confirmed.  The term of the Plan is 36 months.

2.  The Debtors shall commence plan payments on June 15, 2020 as follows:

    **$ 368.00** per month for 36 months

3.  Payments shall be made electronically through TFS/ePay or by Money Order or Bank Treasurer's check (personal checks will not be accepted) and made payable to and forwarded to:

**Denise M. Pappalardo, Chapter 13 Trustee**
**P.O. Box 16607**
**Worcester, MA 01601**

4.  The effective date of confirmation of the Plan is June 15, 2020.  The disbursements to be made by the Chapter 13 Trustee pursuant to the confirmed plan are set forth on the attached summary which is incorporated by reference.  Interested parties should consult the Plan for treatment of their particular claims and other significant provisions of the Plan.

5.       Unless the Court orders otherwise, all property of the estate as defined in 11 U.S.C. §§ 541 and 1306, including, but not limited to, any appreciation in the value of real property owned by the debtors as of the commencement of the case, shall remain property of the estate during the term of the plan and shall vest in the debtors as set forth in Section 9 of the Summary.   All property of the estate shall remain within the exclusive jurisdiction of the bankruptcy court.  The debtors shall not transfer, sell or otherwise alienate property of the estate other than in accordance with the confirmed plan or other order of the Court.  The debtors shall be responsible for preserving and protecting property of the estate.

6.       The debtors shall promptly inform the Trustee of any material increase in income and/or any acquisition of assets during the term of the case.  The Trustee may move to modify the Plan pursuant to 11 U.S.C. § 1329 if it is determined that any change in income or assets may be available to increase the dividend to creditors.  The foregoing is in addition to any obligation of the debtors to file amended schedules in the event of any such increase.


Date:  April 27, 2020 

_____
United States Bankruptcy Judge

## SUMMARY OF DISBURSEMENTS TO BE MADE UNDER THE PLAN

**1.      Unmodified Secured Claims**

NONE

**2.      Modified Secured Claims**

NONE

**3.      Liens Avoided under Sec. 522 (f)**

NONE

**4.      Surrender of Collateral**

NONE

**5.      Priority Claims**

| Creditor | Claim | Term |
|---|---|---|
| Department of the Treasury-IRS | **$ 6,772.00** | 60 Months |
| MA Department of Revenue | **$ 1,083.00** | 60 Months |

**6.      Administrative Claims**

| Creditor | Claim | Term |
|---|---|---|
| John Ullian, Esq. | **$ 1,700.00** | 12 Months |

**7.      Unsecured Claims**

This is a **"Pot Plan"**. Each unsecured/undersecured creditor with an allowed claim shall receive a pro rata share of the **$2,368.00** pot, which the debtors estimate will provide for a 3.2% dividend, based on the total unsecured claims in the amount of $73,960.00.

**8.      Executory Contracts**

NONE

**9.      Vesting of Property of the Estate**

If the Debtors receive a discharge, property of the estate will vest in the Debtors upon the entry of the discharge.  If the debtors do not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

**10.     Nonstandard Provisions**

The nonstandard provisions of Part 8 of the Plan are incorporated herein.